

UNITED STATES DISTRI[CT COURT]
EASTERN DISTRICT OF [MICHIGAN]
NORTHERN DIVI[SION]

Case: 1:23-cr-20222
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 04-12-2023
INDI USA v. SABASHTION DAVIS (tt)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SABASHTION CLAYTON DAVIS,

    Defendant.



FILED
APR 12 2023
U.S. DISTRICT COURT
BAY CITY, MICHIGAN

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### (18 U.S.C. §§ 2111, 1151, 1153, and 2)
### (Robbery)

On or about March 31, 2023 in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, **Sabashtion Clayton Davis**, an Indian, and Individual-1, aided and abetted by each other, took clothing and shoes from the person and presence of S.S., by force and violence and intimidation, in violation of 18 U.S.C. §§ 2111, 1151, 1153, and 2.

Dated: April 12, 2023

THIS IS A TRUE BILL

s/Grand Jury Foreperson
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/Anthony P. Vance
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/Roy R. Kranz
ROY R. KRANZ
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
989-895-5712
Roy.kranz@usdoj.gov
P56903

2

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov— | Case: 1:23-cr-20222<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 04-12-2023<br>INDI USA v. SABASHTION DAVIS (tt) |
|---|---|---|

**Companion Case information MUST be completed by AUS**

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes        x No | AUSA's Initials:  RRK |

**Case Title:** USA v. Sebashtion Clayton Davis

**County where offense occurred:** Isabella

**Check One:**   **X Felony**     _ **Misdemeanor**     _Petty

    _____Indictment/_____Information --- **no** prior complaint.
    __X__Indictment/_____Information --- based upon prior complaint [23-mj-30133]
    _____Indictment/_____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

    ☐    Corrects errors; no additional charges or defendants.
    ☐    Involves, for plea purposes, different charges or adds counts.
    ☐    Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**          **Charges**          **Prior Complaint (if applicable)**

---

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:  April 12, 2023

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:   P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.